UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
UNITED STATES OF AMERICA,

                                                   **ORDER**
        v.                                         15-CR-302 (MKB)

JOHN DOE,

                        Defendant.
-----------------------------------------------------------------
MARGO K. BRODIE, United States District Judge:

      In support of the government's motion to transfer Defendant for adult criminal prosecution, the government represented that Defendant conducted internet searches for components related to an explosive device. (Docket Entry No. 25.) In a letter dated November 17, 2015, the government notified the Court and defense counsel in writing, having provided notice orally on November 16, 2015, that pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), it had learned that the images of the components were in fact emailed to Defendant. (Docket Entry No. 42, at 1.) In light of this disclosure, the Court reviewed its October 29, 2015 decision granting the government's motion to transfer, to determine whether the new information would change the Court's decision. Based on its review, the Court finds that the newly disclosed facts do not warrant any change to the Court's October 29, 2015 decision.

                                                SO ORDERED:

                                                  s/ MKB
                                            MARGO K. BRODIE
                                            United States District Judge

Dated: November 18, 2015
       Brooklyn, New York