UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
UNITED STATES OF AMERICA,

                       v.

JOHN DOE,

                       Defendant.

**ORDER**
15-CR-302 (MKB)

-----------------------------------------------------------------
MARGO K. BRODIE, United States District Judge:

     IT IS HEREBY ORDERED that the caption of this case be made public under the name *United States v. John Doe*. All documents and minute entries filed in connection with the case shall remain sealed, with the exception of the Court's Redacted Memorandum and Order, dated October 29, 2015 (Docket Entry No. 43), non-party Johnny Dwyer's letter to the Court, dated November 17, 2015 (Docket Entry No. 39), and the Court's Order dated November 18, 2015 (Docket Entry No. 44).

                       SO ORDERED:

                       ____s/ MKB____
                       MARGO K. BRODIE
                       United States District Judge

Dated: November 18, 2015
       Brooklyn, New York