

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ICR                                    *271 Cadman Plaza East*
F. # 2015R00096                        *Brooklyn, New York 11201*

December 15, 2015

By Hand and ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Juvenile Male
>       Criminal Docket No. 15-302
>       United States v. Munther Omar Saleh, et al.
>       Criminal Docket No. 15-393

Dear Judge Brodie:

        On consent of the parties, the government encloses the proposed Order Modifying Protective Orders regarding unclassified discovery in each of these cases, to permit defense counsel to share unclassified discovery with defense counsel of record in each of the above-captioned cases.  The government respectfully requests that the Court enter the enclosed Order Modifying Protective Orders in these cases.

        Respectfully submitted,

        ROBERT L. CAPERS
        United States Attorney

By:   /s/ Ian C. Richardson
        Alexander A. Solomon
        Douglas M. Pravda
        Ian C. Richardson
        Assistant U.S. Attorney
        (718) 254-7000

Enclosure

cc:    Defense Counsel of Record (by Email)