DMP
F.#2015R00096

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA               Cr. No. 15-302 (MKB)

    - against -

JUVENILE MALE,

              Defendant.

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA               Cr. No. 15-393 (MKB)

    - against -

MUNTHER OMAR SALEH and
FAREED MUMUNI,

              Defendants.

- - - - - - - - - - - - - - - - -X

## ORDER MODIFYING PROTECTIVE ORDERS

       Upon the consent of the government and counsel for the defendants in the above-captioned cases, IT IS HEREBY ORDERED by the Court, pursuant to Federal Rule of Criminal Procedure 16(d), that the protective orders entered by the Court on July 6, 2015 in <u>United States v. Juvenile Male</u>, No. 15-CR-302, and on August 20, 2015 in <u>United States v. Munther Omar Saleh and Fareed Mumuni</u>, No. 15-CR-393, are hereby modified to permit defense

1

counsel to share unclassified discovery with defense counsel of record in each of the above-captioned cases.

Dated:     Brooklyn, New York
           December __, 2015

                                          SO ORDERED.

                                          _____
                                          THE HONORABLE MARGO K. BRODIE
                                          UNITED STATES DISTRICT JUDGE
                                          EASTERN DISTRICT OF NEW YORK