DMP
F.#2015R00096

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                                Cr. No. 15-302 (MKB)

   - against -

JUVENILE MALE,

              Defendant.

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                                Cr. No. 15-393 (MKB)

   - against -

MUNTHER OMAR SALEH and
FAREED MUMUNI,

              Defendants.

- - - - - - - - - - - - - - - - -X

## ORDER MODIFYING PROTECTIVE ORDERS

Upon the consent of the government and counsel for the defendants in the above-captioned cases, IT IS HEREBY ORDERED by the Court, pursuant to Federal Rule of Criminal Procedure 16(d), that the protective orders entered by the Court on July 6, 2015 in United States v. Juvenile Male, No. 15-CR-302, and on August 20, 2015 in United States v. Munther Omar Saleh and Fareed Mumuni, No. 15-CR-393, are hereby modified to permit defense

1

counsel to share unclassified discovery with defense counsel of record in each of the above-captioned cases.

Dated:   Brooklyn, New York
         December 16, 2015

                                      SO ORDERED.

                                      ____s/ MKB_____
                                      THE HONORABLE MARGO K. BRODIE
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK