

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR
F. #2015R00096

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 4, 2016

By FedEx

Richard D. Willstatter, Esq.
Green & Willstatter
200 Mamaroneck Avenue, Suite 605
White Plains, New York 10601

        Re:    United States v. Juvenile Male
                 Criminal Docket No. 15-302 (MKB)

Dear Mr. Willstatter:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure is made subject to the terms of the Stipulation and Protective Order entered by the Court on July 6, 2015, as modified on December 16, 2015, and it supplements the government's earlier disclosures under cover of letters dated July 7, July 13, August 6, September 3, September 17, September 18, September 20, September 21, and October 22, 2015, January 19, and January 22, 2016. The government renews its request for reciprocal discovery from the defendant.

        Enclosed are applications filed by the government with, and judicial orders obtained from the United States District Court for the District of New Jersey (DNJ000001-DNJ000850).

2

Please feel free to contact me if you have additional questions.

            Very truly yours,

            ROBERT L. CAPERS
            United States Attorney

       By: /s/ Ian C. Richardson
          Ian C. Richardson
          Assistant U.S. Attorney
          (718) 254-6299

Enclosures (DNJ000001-DNJ000850)

cc: Clerk of the Court (MKB) (by ECF) (without enclosures)