

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR
F. #2015R00096

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 4, 2016

<u>By FedEx</u>

Richard D. Willstatter, Esq.
Green & Willstatter
200 Mamaroneck Avenue, Suite 605
White Plains, New York 10601

   Re: United States v. Juvenile Male
     <u>Criminal Docket No. 15-302 (MKB)</u>

Dear Mr. Willstatter:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure is made subject to the terms of the Stipulation and Protective Order entered by the Court on July 6, 2015, as modified on December 16, 2015, and it supplements the government's earlier disclosures under cover of letters dated July 7, July 13, August 6, September 3, September 17, September 18, September 20, September 21, and October 22, 2015, January 19, and January 22, 2016. The government renews its request for reciprocal discovery from the defendant.

  Enclosed is the 6 terabyte Western Digital brand external hard drive you provided to the government, which has been Bates stamped IR0005478. The enclosed hard drive, which has been marked with stickers that reflect its contents, contains copies of the following electronic devices and media of the defendant's coconspirators:

- Munther Omar Saleh
    - Acer Laptop Computer, Bearing Serial Number NXMMLAA006420BF483400
    - Lenovo Laptop Computer, Bearing Serial Number PF05K6EQ
    - 16 GB Lexar Thumbdrive
    - 2 GB Toshiba SD Card
    - Approximately 5 DVDS/CDs
    - Mac Mini Computer, Bearing Serial Number CO7LX3APDWYM

- o   iPad, Bearing Serial Number DMPLXXZWF4YJ
- o   Alcatel One Touch T-Mobile Cell Phone
- o   Apple iPad Mini, Model A1432
- o   Azpen Android Notebook, Bearing Serial Number AZP362501142203543
- o   Toshiba Laptop Computer Bearing Serial Number 9B286806Q
- o   Samsung Galaxy 5, Bearing Serial Number RP7BQ13419P
- o   Canon Powershot SX400IS Camera, Bearing Serial Number 902061028503

- Fareed Mumuni
  - o   Dell Inspiron Laptop Computer, Model P28F
  - o   HP Pavilion Desktop Computer, Model P6520F, Bearing Serial Number 4CE01709Q1
  - o   Red Emtec Thumb Drive
  - o   HP Pavilion Computer, Model G5-1850US, Bearing Serial Number 5CG1311897
  - o   Magellan Roadmate 1412, Bearing Serial Number 0755300742388
  - o   16 GB Sandisk Ultra Backup Flash Drive
  - o   Hard Drive, Bearing SN-9RW6TPXP

Please feel free to contact me if you have additional questions.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:   /s/ Ian C. Richardson
Ian C. Richardson
Assistant U.S. Attorney
(718) 254-6299

Enclosures (IR0005478 - One Western Digital 6 TB External Hard Drive)

cc:   Clerk of the Court (MKB) (by ECF) (without enclosures)