

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP
F. #2015R00998

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 4, 2016

**By ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Juvenile Male
            Criminal Docket No. 15-302 (MKB)

Dear Judge Brodie:

      The government respectfully submits this letter on behalf of the parties to advise the Court on the status of the above-referenced matter.

      On February 1, 2016, the defendant filed his opening brief in the Second Circuit on his appeal of this Court's order transferring him to adult status. The government's responsive brief is due to the Second Circuit on May 2, 2016.

      In the interim, the government has continued to provide discovery and the parties have continued to work through outstanding discovery issues.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney

By:   /s/ Douglas M. Pravda
      Douglas M. Pravda
      Assistant U.S. Attorney
      (718) 254-6268

cc:    Clerk of the Court (MKB)
      Richard Willstatter, Esq., counsel for the defendant (by ECF)