UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

                                    15 CR 302 (MKB)

JOHN DOE,

        Juvenile Defendant.
-------------------------------------------------x

## ORDER

Upon the application of Richard D. Willstatter, Esq., counsel for the Defendant, John Doe, for an Order directing the Essex County Juvenile Detention Facility to produce a progress report concerning the defendant's mental health treatment and educational progress; it is:

ORDERED, that the Defendant's application be and hereby is granted, and the Essex County Juvenile Detention Facility's mental health department and Linda June, Ph.D. are asked to produce a progress report concerning the defendant's mental health treatment and educational progress ("the report"); and it is further

ORDERED, that the report shall be filed under seal but with copies provided to the Government and the Defendant.

Dated: March 18, 2016
       Brooklyn, New York

                                                          Hon. Margo K. Brodie
                                                          United States District Judge