SDD:AAS/DMP/ICR
F. #2015R00998

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 0 8 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -

IMRAN RABBANI,

            Defendant.

– – – – – – – – – – – – – – – X

JUVENILE'S REQUEST TO
PROCEED AS AN ADULT

Criminal Docket No. 15-302 (MKB)

     The defendant IMRAN RABBANI states that, at the time of the acts charged in the adult information to be filed in connection with this matter, he was a juvenile, who is alleged in this case to have committed acts of juvenile delinquency as those terms are defined and discussed under the Juvenile Justice and Delinquency Prevention Act (18 U.S.C. § 5031 et seq.).

     The defendant is fully aware that he is accused of committing a felony crime, to wit: conspiracy to impede federal officers by force, intimidation and threats in violation of Title 18, United States Code, Section 372.  The defendant further understands that under the provisions of Title 18, United States Code, Section 5032, unless he has requested in writing upon advice of counsel, he would not be proceeded against by criminal prosecution as an adult until a hearing was conducted in the district court to determine if his transfer from juvenile to adult status would be in the interest of justice.

The defendant, upon advice of counsel, voluntarily waives any such juvenile delinquency and transfer hearings, and requests to proceed as an adult for purposes of criminal prosecution in this case.

WHEREFORE, the defendant respectfully requests the Court to order him transferred for criminal prosecution as an adult.

IMRAN RABBANI
Defendant

Richard Willstatter, Esq.
Counsel for Defendant

Dated:       April 8, 2016
             Brooklyn, New York

Before:      S/Robert M. Levy
             THE HONORABLE ROBERT M. LEVY
             UNITED STATES MAGISTRATE JUDGE
             EASTERN DISTRICT OF NEW YORK