SDD:AAS/DMP/ICR
F. #2015R00998

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

IMRAN RABBANI,

    Defendant.

- - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. 15-302 (MKB)
(T. 18, U.S.C., §§ 372 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

CONSPIRACY TO IMPEDE FEDERAL OFFICERS

In or about June 2015, within the Eastern District of New York and elsewhere, the defendant IMRAN RABBANI, together with others, did knowingly and intentionally conspire to induce by force, intimidation, and threat one or more officers of the United States, to wit: Special Agents and Task Force Officers of the Federal Bureau of Investigation, to leave the place, where their duties as officers were required to be performed.

(Title 18, United States Code, Sections 372 and 3551 et seq.)

                                        ROBERT L. CAPERS
                                        UNITED STATES ATTORNEY
                                        EASTERN DISTRICT OF NEW YORK

F. #2015R00998
FORM DBD-34
JUN. 85

No. 15-CR-302 (MKB)

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*IMRAN RABBANI,*

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 372 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
*Clerk*

*Bail, $* _____

**Douglas M. Pravda, Assistant U.S. Attorney (718) 254-6268**