# Green & Willstatter
Attorneys at Law
200 Mamaroneck Avenue
Suite 605
White Plains, New York 10601

Theodore S. Green  (914) 948-5656
Richard D. Willstatter  Fax (914) 948-8730  e-mail: willstatter@msn.com

August 2, 2016

Hon. Margo K. Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

                Re: *United States v. John Doe*
                    15 CR 302 (MKB)

Dear Judge Brodie:

    Please accept for filing a letter from my client, Imran Rabbani, in regards to the sentencing currently scheduled for August 9, 2016.

                                Very truly yours,

                                /s/
                                RICHARD D. WILLSTATTER

cc:    Douglas Pravda, Esq.
        Ian Richardson, Esq.
        Alexander Solomon, Esq.
        Assistant US Attorneys